# UNITED STATES DISTRICT COURT
## District of Kansas
(Wichita Docket)

UNITED STATES OF AMERICA,

        Plaintiff,

v.                          CASE NO. 23-cr-10042-01-02JWB

REGAN J. RINER,
and ABRAM F. VELO,

        Defendants.

## EXPERT DISCLOSURE

**I.**    **Forensic Scientist (FS) Jessica Ziepfel:** The United States will offer expert testimony from Forensic Scientist Jessica Ziepfel from the Kansas Bureau of Investigation. Ziepfel will testify relating to the substances that are at issue in this case, and opine that, through testing including (depending on the substance) weight determination; spot testing; gas chromatography/mass spectrometry; infrared spectrophotometry; pharmaceutical marking identification and ultraviolet/visible spectrometry she determined the substances are Methamphetamine and Fentanyl.

    **a.**    **Opinion:** Specifically, FS Ziepfel will testify she examined the following and identified these items as follows:

        1. Laboratory Case # G23-00851 – Methamphetamine and Fentanyl.

1

b.  **Bases and Reasons for the Opinion:** Ms. Ziepfel's expert reports, which contain the bases for her opinions, are attached to this disclosure and incorporated herein.

c.  **Qualifications:** Ms. Ziepfel's Curriculum Vitae is attached to this disclosure and incorporated herein.

d.  **Previous Publications:** Ms. Ziepfel has no publications in the last ten (10) years to disclose.

e.  **Previous Expert Testimony:**

| Year | Date | Case Number | Court |
| --- | --- | --- | --- |
| 2019 | 11/21/2019 | 2019GS0700082 | State of South Carolina v. Myers (Beaufort County) |
| 2021 | 12/14/2021 | 2019GS0701988 | State of South Carolina v. Terry (Beaufort County) |
| 2023 | 06/30/2023 | 2022CRM000867 | City of Salina v. Owen (Saline County) |

I, Jessica Ziepfel, have read and approved this disclosure.

*Jessica Ziepfel*
JESSICA ZIEPFEL
KBI Forensic Scientist

Respectfully submitted,

KATE E. BRUBACHER
United States Attorney

2

/s/ Lanny D. Welch
LANNY D. WELCH, #13267
Assistant United States Attorney
United States Attorney's Office
301 N. Main, Suite 1200
Wichita, Kansas 67202
316-269-6481
Lanny.Welch@usdoj.gov

**CERTIFICATE OF SERVICE**

I hereby certify that on the 21st day of April, 2023, I electronically filed the foregoing Disclosure with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to all counsel of record.

s/Lanny D. Welch
LANNY D. WELCH
Assistant U.S. Attorney



# Kansas Bureau of Investigation
## Forensic Laboratory Report
### Chemistry Section

---

Attn:  DILLON S. KELLER  
To:  KANSAS HIGHWAY PATROL TROOP E  
GARDEN CITY, KS 67846-0617

DATE  June 01, 2023  
LAB CASE#  G23-00851  
REPORT#  3  
Contributing Agency Case #  
2023002764

### EVIDENCE DESCRIPTION

Submission # 1 - received on 03/22/2023 from NIGEL J. PRIMEAUX

| Lab Item # | Contributor Item # | Description |
|---|---|---|
| 1 | DK5 | Nine bags with crystalline substance (analyzed two) |
| 2 | DK13 | Two bags with crystalline substance (analyzed one) |
| 3 | DK14 | Twenty-five round blue tablets with "M 30" imprint (analyzed one tablet) |
| 4 | DK18 | Four bags containing a total of twenty-three round blue tablets with "M 30" imprint and blue tablet fragments (analyzed one tablet) |
| 5 | DK19 | Twenty-six rectangular white tablets with "XANAX 2" imprint (analyzed one) and white tablet fragments |
| 7 | DK21 | Bag with brown crystalline powder |
| 8 | DK24 | Eight blue/white capsules (analyzed one) |
| 9 | DK25 | Foil with residue |

### RESULTS AND CONCLUSIONS

Examination Start Date:  5/22/2023  
Examination Completion Date:  6/1/2023

Methamphetamine hydrochloride was detected in each analyzed bag in Lab Item 1 (net weight of substance in bag labelled Lab Item 1.1 - 444.68 grams, purity - 99.7% ± 4.7%; net weight of substance in bag labelled Lab Item 1.2 - 444.37 grams, purity - 97.8% ± 4.6%; gross weight of unanalyzed bags - 366.56 grams).

Methamphetamine was detected in Lab Item 2 (net weight of analyzed substance - 19.02 grams; net weight of unanalyzed substance - 6.76 grams).

Fentanyl was detected in Lab Item 3 (net weight of analyzed tablet - 0.11 gram; net weight of all tablets - 2.72 grams).

Fentanyl was detected in Lab Item 4 (net weight of analyzed tablet - 0.11 gram; total net weight

625 Washington / Great Bend, Kansas 67530 / (620) 603-7112 FAX (620) 792-1850



*NOTE 1: All ± values listed in the body of this report are at a coverage probability of approximately 95%.*  
*NOTE 2: Unless otherwise specified in the body of this laboratory report, individual weights reported in grams are ± 0.02 gram for weights less than or equal to 30 grams and ± 0.12 gram for weights greater than 30 grams. Weights reported in kilograms are ± 0.04 kilogram.*

G23-00851
Report #3
Page 2 of 3

of unanalyzed tablets and fragments - 3.27 grams ± 0.08 gram).

Bromazolam was detected in Lab Item 5 (net weight of analyzed tablet - 0.25 gram; net weight of all tablets and fragments - 8.02 grams).

Methamphetamine was detected in Lab Item 7 (net weight - 1.57 grams).

Methylphenidate was detected in Lab Item 8.

Fentanyl was detected in Lab Item 9.

**CERTIFICATE OF ANALYSIS** (PURSUANT to K.S.A. 22-3437 and K.S.A. 53-601)

The methodologies used for this analysis, along with the Lab Items they were used with include:
   Gas Chromatography/Mass Spectrometry - Lab Items 1, 2, 3, 4, 5, 7, 8 and 9
   Infrared Spectrophotometry - Lab Item 1
   Pharmaceutical Marking Identification - Lab Items 5 and 8
   Spot Testing - Lab Items 2 and 7
   Ultraviolet/Visible Spectrophotometry - Lab Item 1
   Weight Determination - Lab Items 1, 2, 3, 4, 5 and 7

These methodologies are generally recognized in Forensic Chemistry as reliable for the identification of the substances listed in this Forensic Laboratory Report, and have been accepted by Kansas courts in previous cases. All equipment used was functioning within approved parameters, the evidence was properly sealed at the initiation of the examination, and all procedures were performed in accordance with all pertinent quality assurance protocols of the KBI Forensic Science Laboratory, which has been accredited in the field of Forensic Testing by ANAB to ISO/IEC 17025:2017 International Standard and ANAB Accreditation Requirements for Forensic Testing and Calibration since 06/13/2019.

I, Jessica C. Ziepfel (MS), have been employed by the Kansas Bureau of Investigation for over 6 years, have completed the appropriate training protocols and proficiency tests, and have previously analyzed over 10,500 samples for the presence of controlled substances. I hereby attest that I am the Forensic Scientist who analyzed the results of the methodologies applied in this analysis and have concluded that those results support the RESULTS AND CONCLUSIONS in this Laboratory Report.

I certify under penalty of perjury that the foregoing is true and correct. Executed on June 07, 2023.

*Jessica C. Ziepfel* (signature)

Jessica C. Ziepfel
Forensic Scientist

G23-00851
Report #3
Page 3 of 3



# Kansas Bureau of Investigation
## Forensic Laboratory

On July 1, 2002, the Kansas Legislature amended K.S.A. 28-176, requiring the KBI Laboratory to collect a $400 fee from defendants convicted in cases in which the KBI performed an analysis. The purpose of the law is to require defendants to pay for the cost of the examination. This fee is in addition to any other court costs or fees assessed in the case.

The fees collected are used for providing laboratory services, purchase and maintenance of equipment, education, training and scientific development of lab personnel and for use in the destruction of seized property and chemicals.

The KBI appreciates your assistance in notifying prosecutors that this fee shall be included in any plea agreement or upon conviction. Enclosed is a suggested sample order of court costs for laboratory fees which can be utilized to formulate the court order.

**THE ATTACHED ORDER OF COURT COSTS FOR LABORATORY FEES MUST BE FORWARDED TO THE PROSECUTING COUNTY/DISTRICT ATTORNEY**

IN THE DISTRICT COURT OF Hodgeman COUNTY, KANSAS

STATE OF KANSAS

       vs                            Case No. _____

Regan Joelle Riner

ORDER OF COURT COSTS FOR LABORATORY FEES<br>Pursuant to K.S.A. 28-176

    This matter comes before the court for consideration of a motion by the State of Kansas, through the undersigned attorney, for an order of court costs in the amount of $400.00 per offense for forensic science or laboratory services or forensic computer examination services provided in connection with the investigation in this case. K.S.A. 28-176 provides that any person convicted or diverted, or adjudicated or diverted under a preadjudication program pursuant to K.S.A. 22-2906 et seq., 38-2346 et seq., or 12-4414, and amendments thereto, of a misdemeanor or felony contained in chapters 21, 41, or 65 of the Kansas Statutes Annotated, or a violation of K.S.A. 8-2,144 or 8-1567, shall pay a separate court cost of $400.00 to the Kansas Bureau of Investigation for each offense in which forensic science or laboratory services, forensic computer examination services or forensic audio and video examination services were provided in connection with the investigation.

    THEREUPON after making due inquiry, the court finds that the defendant is required to pay the laboratory analysis fee, pursuant to K.S.A. 28-176. The court finds the defendant was convicted, adjudicated or diverted of _____ offenses in which exams were conducted, at a fee of $400.00 for each offense, for a total amount of $_____. This fee shall be paid by the defendant to the clerk of the district court, and credited to the Kansas Bureau of Investigation Laboratory Analysis Fee Fund.

    IT IS SO ORDERED.

                                                                                _____
                                                                               Judge of the District Court

Prepared and submitted:

_____
Attorney for State

Laboratory Case Number:   G23-00851

Please refer to this number and defendant name when submitting payment to the KBI.

# Jessica Ziepfel
# Curriculum Vitae

Jessi.ziepfel@kbi.ks.gov
620-603-7134

## Education

**Bachelor of Science, Forensic Chemistry**
Ohio University, Athens, Ohio, 2009

**Master of Science, Forensic Sciences**
Oklahoma State University, Tulsa, Oklahoma, 2020

## Professional Work Experience

**Kansas Bureau of Investigation** Great Bend, KS
Forensic Chemist                                                                                         Jan 2022-Present

**Beaufort County Sheriff's Office Forensic Services Lab** Beaufort, SC
Forensic Chemist – Technical Leader                                                              Jan 2015-Dec 2021

**Kansas Bureau of Investigation** Great Bend, KS
Forensic Chemist                                                                                           Feb 2010-Dec 2014

## Certifications

**American Board of Criminalistics**
Drug Analysis

## Professional Affiliations

**Clandestine Laboratory Investigating Chemists Association**
Regular Member                                                                                                2016-Present

**Southwestern Association of Forensic Scientists**
Regular Member                                                                                                2013-Present

**Kansas Division International Association for Identification**
Active Member                                                                                                  2013-Present
Board of Directors-Secretary/Treasurer                                                             2013-2014

## Laboratory Experience

- Proficient in controlled substance analysis
- Previous technical leader responsible for new instrument/method validation and new chemist training
- Familiarized with the techniques of GC/MS, FTIR, UV/Vis, and LC/UV/MS
- Experience in GC/MS instrument maintenance

# Training and Seminars

| | |
|---|---|
| ASCLD Leadership Academy | Summer 2021 |
| SWAFS Symposium | Oct 2020 |
| SAFS Annual Meeting | May 2019 |
| ATF Introductory Fire Debris Analysis | July 2018 |
| SAFS Annual Meeting | May 2018 |
| MAFS/SAFS Combined Annual Meeting | Sept 2017 |
| MERIT Illicit Drug Lab Training | April 2017 |
| SAFS Annual Meeting | Sept 2016 |
| CLIC Training Seminar | Sept 2016 |
| UCF Basic Fire Debris Analysis Course | Feb 2016 |
| Palmetto Association of Toxicologists Workshop-QuEChERS method | Jan 2016 |
| MAFS Annual Meeting | Sept 2015 |
| South Carolina Criminal Justice Academy-Class 3 Certification Training | Aug 2015 |
| SWAFS Annual Meeting | Oct 2014 |
| KDIAI Annual Seminar | April 2014 |
| CLIC Training Seminar | Sept 2013 |
| KDIAI Annual Seminar | March 2013 |
| SAFS Annual Meeting | Oct 2012 |
| MAFS Workshop-ABC Prep | Aug 2012 |
| Agilent Class- GC-MSD Troubleshooting and Maintenance | April 2012 |
| MAFS Workshop - Synthetic Cannabinoids and Natural Highs | April 2011 |
| MAFS Annual Meeting | Oct 2010 |
| SWAFS Annual Meeting | Sept 2010 |

# Court Experience

Qualified as an expert in Controlled Substances Analysis
Testified both in the states of South Carolina and Kansas